UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD ALEXANDER WILLIAMS,
on behalf of herself and others
similarly situated,

    Plaintiff,

v.                                                                  Case No.: 1:13-cv-00222-MW-GRJ

FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC., f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC., RENT-A-CENTER
EAST, INC., and WINN-DIXIE STORES, INC.

    Defendant(s).
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6.1 and 7.1, Defendant RENT-A-CENTER EAST, INC. ("Defendant") moves this Court for a brief enlargement of time within which to respond to the Complaint. In support of the Motion, Defendant states as follows:

1. Defendant was served with a copy of the Complaint.

2. The present motion is being filed prior to the time for answering under Federal Rule of Civil Procedure 12.

3. The undersigned counsel was recently retained to represent the Defendant in this action, and requires additional time to investigate Plaintiff's allegations and formulate a proper response to the Complaint.

4. Therefore, the Defendant respectfully requests an enlargement of time, up to and including December 18, 2013, in which to serve its answer or to otherwise respond to the Complaint.

## MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 6(b)(1), "when an act may or must be done within a specified time, the court may, for good cause shown, extend the time . . . if a request is made, before the original time or its extension expires . . . ." The Defendant seeks this enlargement of time prior to the expiration of the time period in which it is required to respond to the Complaint and has shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

## RULE 7.1(B) CERTIFICATION

In accordance with Local Rule 7.1(B), I hereby certify that Defense counsel has conferred in good faith with Barry S. Balmuth, counsel for Plaintiff, who does not oppose the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant its motion for an enlargement of time, up to and including December 18, 2013, in which to respond to the Complaint.

Dated this 2nd day of December, 2013.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801
Telephone:   407.393.2900
Facsimile:   407.393.2929

BY:   */s/ Jason M. Leo*
Jason M. Leo, Esquire
Florida Bar No.: 0059767
Email: jleo@littler.com

Attorney for Defendant
RENT-A-CENTER EAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 2nd day of December, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Barry S. Balmuth, Esquire, Centurion Tower – Eleventh Floor, 1601 Forum Place, Suite 1101, West Palm Beach, Florida 33401, Email: balmuthlawalum@emory.edu and Michael Massey, Massey & Duffy, 855 E. University Avenue, Gainesville, FL 32601, Email: Massey@3521aw.com.

*/s/ Jason M. Leo*
Jason M. Leo, Esquire

Firmwide:124409909.1 051536.1227