IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD ALEXANDER WILLIAMS, | : |
| Plaintiff, | : Case No. 1:13-cv-222 |
| v. | : Judge Mark E. Walker |
| FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., et al., | : Magistrate Judge Gary R. Jones |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RENT-A-CENTER ONLY

Plaintiff Richard Alexander Williams ("Plaintiff") and Defendant Rent-A-Center East, Inc. ("Rent-A-Center"), by and through their respective undersigned counsel, hereby stipulate that all of Plaintiff's claims against Rent-A-Center are dismissed with prejudice. This dismissal is only of Plaintiff's claims against Rent-A-Center and shall not affect Plaintiff's claims against other defendants which remain pending. Plaintiff and Rent-A-Center are to bear his or its own attorneys' fees, costs and disbursements.

Dated: July 11, 2014

Respectfully submitted,

BARRY S. BALMUTH, P.A.
11770 U.S. Highway One, Suite 406
North Palm Beach, FL 33408
Phone: 561.242.9400

 /s/ Barry Balmuth, Esq.
Barry Balmuth, Esquire
Florida Bar No.: 868991
balmuthlaw@alum.emory.edu

LITTLER MENDELSON, P.C.
111 N. Magnolia Avenue, Suite 1250
Orlando, FL 32801-2366
Telephone:   407.393.2900
Facsimile:   407.393.2929

 /s/ Ashley L. Fitzgerald, Esq.
Ashley L. Fitzgerald, Esquire
Florida Bar No.: 0016016
Email: afitzgerald@littler.com

MASSEY & DUFFY, P.A.
855 E. University Ave.
Gainesville, FL 32601
Phone: 352.505.8900

 /s/ Michael Massey, Esq.
Michael Massey, Esquire
Florida Bar No.: 153680
massey@352law.com

Attorneys for Plaintiff Richard Alexander Williams

Attorneys for Defendant Rent-A-Center East, Inc.

Firmwide:127486794.1 051536.1382