IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDER WILLIAMS, | : | |
| Plaintiff, | : | Case No. 1:13-cv-222 |
| v. | : | Judge Mark E. Walker |
| FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., *et al.*, | : | Magistrate Judge Gary R. Jones |
| Defendants. | : | |

**JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT WINN-DIXIE ONLY**

Plaintiff, Richard Alexander Williams ("Plaintiff"), and Defendant, Winn-Dixie Stores, Inc. ("Winn-Dixie"), by and through their respective undersigned counsel, hereby stipulate that all of Plaintiff's claims against Winn-Dixie are dismissed with prejudice. This dismissal is only of Plaintiff's claims against Winn-Dixie and shall not affect Plaintiff's claims against the remaining Defendant, First Advantage LNS Screening Solutions, Inc. formerly known as LexisNexis Screening Solutions, Inc. ("First Advantage") and Plaintiff's claims against First Advantage shall remain pending. Plaintiff and Winn-Dixie are to bear his or its own attorneys' fees, costs and disbursements.

Dated: July 17, 2014

Respectfully submitted,

| | |
|---|---|
| BARRY S. BALMUTH, P.A.<br>11770 U.S. Highway One, Suite 406<br>North Palm Beach, FL  33408<br>Phone:  561.242.9400 | SHANKMAN LEONE, P.A.<br>609 E. Jackson Street, Suite 100<br>Tampa, FL 33602<br>Phone: 813.223.1099 |
| /s/ Barry Balmuth, Esq.<br>Barry Balmuth, Esquire<br>Florida Bar No.:  868991<br>balmuthlaw@alum.emory.edu | /s/ David S. Shankman, Esq.<br>Daivd S. Shankman, Esquire<br>Florida Bar No. 0940186<br><br>Attorneys for Defendant Winn Dixie |
| MASSEY & DUFFY, P.A.<br>855 E. University Ave.<br>Gainesville, FL  32601<br>Phone:  352.505.8900 | |
| /s/ Michael Massey, Esq.<br>Michael Massey, Esquire<br>Florida Bar No.:  153680<br>massey@352law.com | |
| Attorneys for Plaintiff Richard Alexander Williams | |

Firmwide:127486794.1 051536.1382