UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD ALEXANDER WILLIAMS,  )   Case No.
                             )   1:13-cv-00222-MW-GRJ
            Plaintiff,       )
                             )
vs.                          )
                             )
FIRST ADVANTAGE LNS          )
SCREENING SOLUTIONS, INC.,   )
f/k/a LEXISNEXIS SCREENING   )
SOLUTIONS, INC., et al.,     )
                             )
            Defendants.      )
_____)

VIDEOTAPED DEPOSITION

OF

MATTHEW B. O'CONNOR

\* \* \*

July 30, 2014

1:46 p.m.

Davidson, North Carolina

Taken by Plaintiff

\* \* \*

Reported by:   Candace E. Thomas, CSR

Prose Court Reporting Agency, LLC  (561)832-7500

**EXHIBIT A**

90d92999-2b3c-47c7-bc94-5ca1662970e6

1    A.    I believe so, yes.

2    Q.    This match was also made based on the
3    last name and the date of birth?

4    A.    It was, as well as the variation of the
5    first name.

6    Q.    And the state of -- do you-all only look
7    in Florida when you do the national -- does your
8    -- strike that.  In this situation or in both
9    background reports, was the adjudication team when
10   it queried the national criminal file, was it only
11   looking in Florida?

12   A.    It was not, no.

13   Q.    Okay.  So it could have been -- if there
14   was a Ricky Williams in Iowa, that could have been
15   matched, as well?  It just happened to be in
16   Florida?

17   A.    Correct, yes.

18   Q.    So Florida state was not one of the
19   criteria?

20   A.    In the -- can you clarify the question?
21   The state was not one of the criteria in the
22   search?

23   Q.    National criminal file, sir.

24   A.    No, correct.  The national criminal file
25   query is across the entire data set, not state

1   specific.

2   Q.   If, say -- let's assume hypothetically
3   that a criminal record for Ricky Williams in Iowa
4   came up.  Would that be cause for concern before a
5   match was made to Richard Williams living in
6   Chiefland, Florida?

7   A.   It may, yes.

8   Q.   And, again, there's no match based on
9   social security number, the match wasn't based on
10  middle name, the match wasn't based on driver's
11  license number or state of the driver's license,
12  and it wasn't based on address?

13  A.   That's correct, yes.

14  Q.   And there was no -- to your knowledge,
15  there was no address history done for Richard
16  Williams to see if he ever lived in Palm Beach or
17  Broward Counties?

18  A.   Not to my knowledge, no.

19  Q.   Are you aware that Palm Beach and Broward
20  Counties are right next to each other?

21  A.   I am, yes.

22  Q.   Did you ever go down there for Spring
23  Break or --

24  A.   I did.

25  Q.   Strike that.  I was just -- and then