UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD GAMBY and BERYLLIN GAMBY,

           Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

           Defendant.
_____/

CASE NO. 06-11020

HON. MARIANNE O. BATTANI

## ORDER RESOLVING MOTIONS IN LIMINE

The parties appeared before the Court on June 25, 2009, for oral argument on pending motions in limine. The Court took Defendant's Motion in Limine to Preclude Evidence of Protiviti Audit Pursuant to Fed. R. Evid. 407 as a Subsequent Remedial Measure and Fed. R. Evid. 501 Due to the Self-Critical Evaluative Privilege (Doc. No. 249) under advisement. The Court issued the following rulings from the bench: Plaintiffs' Motion in Limine #1 to Exclude Evidence or Argument About Attorney's Fees Which May Be Awarded (Doc. No. 240) is **GRANTED.** Plaintiffs' Motion in Limine #2 To Exclude Evidence or Argument of Other Settlements, Settlement Negotiations (Doc. No. 241) is **GRANTED**. Plaintiffs' Motion in Limine to Exclude Evidence or Argument that Plaintiffs were required to File and Submit a Police Report and to Prove Curative Jury Instruction (Doc. No. 242) is **GRANTED**. Plaintiffs' Motion in Limine #4 to Exclude Evidence or Argument that Plaintiff Was Required to Cut Cards as a Condition of Closing Their Fleet Account or that They Could Have Used the Cards following the Closure of the Account (Doc. No. 245) is **DENIED.** Plaintiffs' Motion in Limine #5 to Exclude Evidence or

Argument as to Fleet Bank Polices, Procedures, and Practices (Doc. No. 246) is **DENIED.** Plaintiffs' Motion to Allocate Burden of Proof to Establish Validity of Debt to Defendant FNBO and Jury Instructions Relating to that Burden (Doc. No. 247) is **DENIED.** Plaintiffs' Motion for Sequestration of Witnesses (Doc. No. 248) is **GRANTED.** Plaintiffs' Motion in Limine to Exclude Evidence or Argument Contrary to that of 30(b)(6) Witness (Doc. No. 250) is **DENIED.**

Defendant First National Bank of Omaha's Motion in Limine Request for Preliminary Fed. R. Evid. 104 Hearing to Determine the Admissibility of Evidence (Doc. No. 238) is **DENIED**. First National Bank of Omaha's Motion in Limine to Preclude Evidence of Damages that Were Not Disclosed Under Fed. R. Civ. P. 26 (Doc. No. 243) is **DENIED without prejudice**. First National Bank of Omaha's Motion in Limine to Preclude Evidence of Emotional Distress and Punitive Damages (Doc. No. 251) is **DENIED**. Defendant First National Bank of Omaha's Motion in Limine to Preclude Evidence of Truth in Lending Violations (Doc. No. 252) is **GRANTED**. First National Bank of Omaha's Motion in Limine to Limit Damages under 15 U.S.C. § 1681s-2 (Doc. No. 253) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine to Strike the Testimony of Plaintiffs' Expert Witness Evan Hendricks (Doc. No. 235) is **GRANTED IN PART AND DENIED IN PART.** The Court will inform the parties prior to opening statements as to the areas Hendricks may cover in his testimony.

Further, the Motion to Quash Subpoena to Nonparty Experian (Doc. No. 266) was

resolved by the parties before the hearing and is withdrawn.

**IT IS SO ORDERED.**

                                                  s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  UNITED STATES DISTRICT JUDGE

Date: June 30, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

                                                s/Bernadette M. Thebolt
                                                Deputy Clerk