UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD ALEXANDER WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST ADVANTAGE LNS SCREENING )<br>SOLUTIONS, INC. f/k/a LEXISNEXIS )<br>SCREENING SOLUTIONS, INC., )<br>)<br>Defendant. ) | Case No. 1:13-cv-00222-MW-GRJ |

## DEFENDANT'S EXHIBIT LIST

| # | Description |
|---|---|
| 1 | February 28, 2012 Section 613 notice, background report and summary of rights from LexisNexis to Plaintiff (20-23) |
| 2 | February 28, 2012 pre-adverse action notice, background report and summary of rights from Rent-A-Center to Plaintiff (1-9) |
| 3 | March 14, 2012 reinvestigation and revised background report notice from LexisNexis to Plaintiff (84-98) |
| 4 | April 25, 2013 Section 613 notice, background report and summary of rights from LexisNexis to Plaintiff (25-28) |
| 5 | April 25, 2013 pre-adverse action notice, background report and summary of rights |

|    |                                                                                        |
|----|----------------------------------------------------------------------------------------|
|    | from Winn-Dixie to Plaintiff (10-18)                                                   |
| 6  | May 28, 2013 reinvestigation and revised report notice from LexisNexis to Plaintiff (49-61) |
| 7  | Process Flow chart for Criminal (99)                                                   |
| 8  | Process Flow chart for Consumer Center Contact (100)                                   |
| 9  | NCrF SOP - Current As Of Date (101)                                                    |
| 10 | NCrF "Fuzzy" Name Logic (102)                                                          |
| 11 | Reporting Federal Criminal Records - SOP (103)                                         |
| 12 | NCrF SOP (106-116)                                                                     |
| 13 | Records Handling Initiative - Criminal (117-134)                                       |
| 14 | Criminal Records Department Training Manual 2013 (135-291)                             |
| 15 | CRRG Procedures (May 2011) (292-392)                                                   |
| 16 | Winn-Dixie adjudication matrix (433-438)                                               |
| 17 | Rent-A-Center Adjudication Model (439-444)                                             |
| 18 | High Level Alert Process Overview flow chart (485)                                     |
| 19 | Plaintiff's Interrogatory Answers                                                      |
| 20 | Plaintiff Deposition Exhibit No. 5                                                     |
| 21 | Plaintiff Deposition Exhibit No. 6                                                     |
| 22 | Plaintiff Deposition Exhibit No. 8                                                     |

| | |
|---|---|
| 23 | Accurint Person Search Results (39) |
| 24 | NAPBS Generally Accepted Reporting Practices: Matching Identifiers |
| 25 | Plaintiff's revised background report, sent by LexisNexis to Rent-A-Center (401-409) |
| 26 | Plaintiff's revised background report, sent by LexisNexis to Winn-Dixie (424-432) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD ALEXANDER WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST ADVANTAGE LNS SCREENING ) <br> SOLUTIONS, INC. f/k/a LEXISNEXIS ) <br> SCREENING SOLUTIONS, INC., ) <br> ) <br> Defendant. ) | Case No. 1:13-cv-00222-MW-GRJ |

## CERTIFICATE OF SERVICE

I certify that on March 2, 2015, I electronically filed **DEFENDANT'S EXHIBIT LIST** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Barry S. Balmuth
Barry S. Balmuth, P.A.
Golden Bear Plaza - East Tower
11770 U.S. Highway One, Suite 406
North Palm Beach, Florida 33408

Michael Massey
Massey & Duffy
855 E. University Avenue
Gainesville, Florida 32601

                         s/ Frederick T. Smith
                         Counsel for Defendant First Advantage
                         LNS Screening Solutions, Inc.