**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

RICHARD ALEXANDER WILLIAMS

VS CASE NO. 1:13-cv-222 MW/GRJ

FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., f/k/a LEXISNEXIS SCREENING SOLUTIONS, INC.

**JUDGMENT**

All claims against First Advantage under § 1681(b)(3)(A), § 1681i(a)(5)(B) and § 1681k are dismissed with prejudice. Judgment is entered in favor of the Plaintiff, Richard Williams, on Count I of his Second Amended Complaint claim under Section 1681e(b), against the Defendant First Advantage LNS Screening Solutions Inc., in the amount of two hundred and fifty thousand dollars ($250,000.00) in compensatory damages and three point three million dollars ($3,300,000.00) in punitive damages, with interest as provided by law, exclusive of costs.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ TiAnn Stark

October 31, 2016
DATE

Deputy Clerk: TiAnn Stark