# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

RICHARD ALEXANDER WILLIAMS

    VS                                          CASE NO. 1:13-cv-222 MW/GRJ

FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC., f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.

## *AMENDED JUDGMENT

All claims against First Advantage Background Services Corp. under § 1681(b)(3)(A), § 1681i(a)(5)(B) and § 1681k are dismissed with prejudice. Judgment is entered in favor of the Plaintiff, Richard Williams, on Count I of his Second Amended Complaint claim under Section 1681e(b), against the Defendant First Advantage Background Services Corp., in the amount of two hundred and fifty thousand dollars ($250,000.00) in compensatory damages and three point three million dollars ($3,300,000.00) in punitive damages, with interest as provided by law, exclusive of costs.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

                                                *s / TiAnn Stark*

November 2, 2016
DATE                                             Deputy Clerk: TiAnn Stark

*Judgment amended to correct Scrivener's Error