UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

        **Plaintiff,**

v.                                                Case No. 1:13-cv-00222-MW-GRJ

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

        **Defendant.**

_____/

## DEFENDANT'S UNOPPOSED MOTION TO STAY ENFORCEMENT OF JUDGMENT AND NOTICE OF FILING SUPERSEDEAS BOND

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Rule 62 of the Federal Rules of Civil Procedure, hereby moves the Court for an Order staying execution of or any proceedings to enforce the judgment entered in this action pending the disposition of First Advantage's appeal to the United States Court of Appeals for the Eleventh Circuit. First Advantage asks that upon the Court's approval of the bond and once First Advantage posts the bond, the Court stay any and all proceedings pertaining to the execution and/or enforcement of judgment in this action, with the stay remaining in force during: (1) all proceedings on appeal to the United States Court of Appeals for the Eleventh Circuit; (2) proceedings related to any Petition for Writ of Certiorari to the United States Supreme Court; (3) any subsequent proceedings on the merits in

the Supreme Court; and (4) any subsequent proceedings before the District Court, either due to remand or relating to the determination of any fees or costs assessed by the District Court.  Plaintiff does not oppose this motion and agrees to the amount of the bond to be posted with this Court ($4,100,000.00).

WHEREFORE, Defendant respectfully requests that the Court enter an Order staying execution of or any proceedings to enforce the judgment entered in this action pending the disposition of First Advantage's appeal.  The specific bases for Defendant's motion are set forth in its memorandum of law filed contemporaneously herewith.

    Respectfully submitted,

    FIRST ADVANTAGE BACKGROUND SERVICES CORP.

    By /s/ Joseph Turner
    Joseph Turner
    Illinois Bar No. 6195834
    jturner@seyfarth.com
    Jason M. Torres
    Illinois Bar No.  6278611
    jtorres@seyfarth.com
    SEYFARTH SHAW LLP
    233 S. Wacker
    Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile:  (312) 460-7000

    Lead Counsel for First Advantage Background Services Corp.

Date:  March 31, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

       **Plaintiff,**

v.                                    Case No.  1:13-cv-00222-MW-GRJ

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

       **Defendant.**
_____/

## CERTIFICATE OF SERVICE

I certify that on March 31, 2017, I electronically filed **DEFENDANT'S UNOPPOSED MOTION TO STAY ENFORCEMENT OF JUDGMENT AND NOTICE OF FILING SUPERSEDEAS BOND** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Barry S. Balmuth                        Michael Massey
Barry S. Balmuth, B.C.S.            Massey & Duffy, PLLC
2505 Burns Road                      855 E. University Avenue
Palm Beach Gardens, Florida 33410     Gainesville, Florida 32601

                                          /s/ Joseph Turner
                                          Counsel for Defendant