UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

        **Plaintiff,**

**v.**                                  **Case No. 1:13-cv-00222-MW-GRJ**

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

        **Defendant.**

_____/

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS
UNOPPOSED MOTION TO STAY ENFORCEMENT OF JUDGMENT
AND NOTICE OF FILING SUPERSEDEAS BOND**

    Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP. respectfully seeks a stay of the enforcement of the judgment in this action with the posting of adequate security in the form of a supersedeas bond as First Advantage appeals this matter to the United States Court of Appeals for the Eleventh Circuit. *See* Fed. R. Civ. P. 62(d).

    After the trial in this action, the jury found in favor of Williams on Claim One (violation of 15 U.S.C. § 1681e(b)) and awarded Williams money damages. Judgment was entered for $3,550,000.00 ($250,000.00 in compensatory damages and $3,300,000.00 in punitive damages) on November 2, 2016. The Court subsequently denied First Advantage's Rule 50(b) and Rule 59 motions (ECF No.

217). First Advantage filed its Notice of Appeal to the Eleventh Circuit on March 31, 2017.

It is well-established that by posting adequate security in the form of a supersedeas bond under Federal Rule of Civil Procedure 62(d), First Advantage is entitled to a stay on the enforcement of the money judgment as a matter of right. *See Poplar Grove Planting and Refining Co. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189, 1191 (5th Cir. 1979); *Federal Prescription Service, Inc. v. American Pharmaceutical Ass'n*, 636 F.2d 755, 758 (D.C. Cir. 1980) ("an appellant in all cases may obtain a stay as a matter of right by filing a supersedeas bond . . . ."). The posting of a bond "protects the prevailing plaintiff from the risk of a later uncollectable judgment and compensates him for delay in the entry of final judgment." *Apple Glen Investors, L.P. v. Express Scripts, Inc.*, Case No. 8:14–cv–1527–T–33, 2016 WL 6433001, at *1 (M.D. Fla. Oct. 31, 2016); *U.S. v. Dornbrock*, Case No. 06–61669–CIV, 2008 WL 2894829, at *1 (S.D. Fla. May 29, 2008) (citing *Federal Prescription Service, Inc.* 636 F.2d at 757–580)).

Accordingly, to provide Williams with security adequate to effect a stay on the enforcement of judgment in this Court, First Advantage requests that the Court approve a proposed bond amount of **$4,100,000.00** and, upon approval and posting of the supersedeas bond, issue a stay on the enforcement of the judgment. This bond amount is intended to cover the judgment in this action, interest, any later-

assessed fees and costs, and other costs associated with the delay in payment of any money judgment. Upon approval of the proposed bond amount, First Advantage will promptly post it with the Clerk. Counsel for Williams has stipulated to this proposed bond amount and does not oppose this motion. A copy of the bond setting forth the applicable terms is attached as Exhibit A.

In sum, First Advantage respectfully requests that this Court enter an Order approving the above-referenced bond terms. First Advantage further asks that upon its posting of the bond, the Court stay any and all proceedings pertaining to the execution and/or enforcement of judgment in this action, with the stay remaining in force during: (1) all proceedings on appeal to the United States Court of Appeals for the Eleventh Circuit; (2) proceedings related to any Petition for Writ of Certiorari to the United States Supreme Court; (3) any subsequent proceedings on the merits in the Supreme Court; and (4) any subsequent proceedings before this Court, either due to remand or relating to the determination of any fees or costs assessed by this Court.

        Respectfully submitted,

        FIRST ADVANTAGE BACKGROUND
        SERVICES CORP.

        By  /s/ Joseph Turner
        Joseph Turner
        Illinois Bar No. 6195834
        jturner@seyfarth.com
        Jason M. Torres
        Illinois Bar No.  6278611
        jtorres@seyfarth.com
        SEYFARTH SHAW LLP
        233 S. Wacker
        Suite 8000
        Chicago, Illinois 60606
        Telephone: (312) 460-5000
        Facsimile: (312) 460-7000

        Lead Counsel for First Advantage
        Background Services Corp.

Date:  March 31, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

      **Plaintiff,**

v.                                           Case No.  1:13-cv-00222-MW-GRJ

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

      **Defendant.**

_____/

## **DEFENDANT'S LOCAL RULE 7.1(B) CERTIFICATE**

I certify that the parties conferred both via e-mail and telephonically, as required by Local Rule 7.1. As set forth in the memorandum of law, all parties agree on the stay motion and on the terms of the bond.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

By  /s/ Joseph Turner
Joseph Turner
Illinois Bar No. 6195834
jturner@seyfarth.com
Jason M. Torres
Illinois Bar No.  6278611
jtorres@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Lead Counsel for First Advantage
Background Services Corp.

Date:  March 31, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

       **Plaintiff,**

v.                                   Case No.  1:13-cv-00222-MW-GRJ

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

       **Defendant.**

_____/

## **DEFENDANT'S LOCAL RULE 7.1(F) CERTIFICATE**

I certify that Defendant's Memorandum of Law in Support of Its Unopposed Motion to Stay Enforcement of Judgment and Notice of Filing Supersedeas Bond, contains 580 words when including all sections of the Memorandum of Law, including headings, footnotes, and quotations, and excluding the caption, signature block, and certificates.

        Respectfully submitted,

        FIRST ADVANTAGE BACKGROUND
        SERVICES CORP.

        By  /s/ Joseph Turner
        Joseph Turner
        Illinois Bar No. 6195834
        jturner@seyfarth.com
        Jason M. Torres
        Illinois Bar No.  6278611
        jtorres@seyfarth.com
        SEYFARTH SHAW LLP
        233 S. Wacker
        Suite 8000
        Chicago, Illinois 60606
        Telephone: (312) 460-5000
        Facsimile: (312) 460-7000

        Lead Counsel for First Advantage
        Background Services Corp.

Date:  March 31, 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

      **Plaintiff,**

v.                                                Case No.  1:13-cv-00222-MW-GRJ

**FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,**

      **Defendant.**

_____/

## CERTIFICATE OF SERVICE

I certify that on March 31, 2017, I electronically filed **DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS UNOPPOSED MOTION TO STAY ENFORCEMENT OF JUDGMENT AND NOTICE OF FILING SUPERSEDEAS BOND** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Barry S. Balmuth | Michael Massey |
| Barry S. Balmuth, B.C.S. | Massey & Duffy, PLLC |
| 2505 Burns Road | 855 E. University Avenue |
| Palm Beach Gardens, Florida 33410 | Gainesville, Florida 32601 |

                                                               /s/ Joseph Turner
                                                               Counsel for Defendant