IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER WILLIAMS,**

    **Plaintiff,**

v.                                        Case No.  1:13cv222-MW/GRJ

**FIRST ADVANTAGE LNS
SCREENING SOLUTIONS, INC.,**
**f/k/a LexisNexis Screening Solutions,**

    **Defendant.**
_____/

**ORDER APPROVING BOND AND GRANTING
STAY UPON POSTING OF BOND**

This Court has considered, without hearing, Defendant's Unopposed Motion to Stay Enforcement of Judgment and Defendant's Memorandum of Law in Support of Its Motion to Stay Enforcement of Judgment. ECF Nos. 222 and 223. Accordingly,

**IT IS ORDERED:**

1.    The Unopposed Motion to Stay Enforcement of Judgment is **GRANTED**.  ECF No. 222.

2.    The proposed appeal bond in the amount of $4,100,000.00, Exhibit A, ECF No. 223-1, is **APPROVED**.

3. Immediately upon the posting of the appeal bond, this Court **STAYS** any and all proceedings pertaining to the execution and/or enforcement of judgment in this action.

4. The Stay shall remain in force during the following:

    (a) all proceedings on appeal to the United States Court of Appeals for the Eleventh Circuit;

    (b) all proceedings related to any Petition for Writ of Certiorari to The United States Supreme Court;

    (c) any subsequent proceedings on the merits in The United States Supreme Court; and

    (d) any subsequent proceedings before this Court, either due to remand or relative to the determination of any fees or costs assessed by this Court.

**SO ORDERED on April 1, 2017.**

                                         **s/Mark E. Walker**
                                         **United States District Judge**