# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 10, 2020

Clerk - Northern District of Florida
U.S. District Court
401 SE 1ST AVE STE 243
GAINESVILLE, FL 32601-6895

Appeal Number: 17-11447-GG
Case Style: Richard Williams v. First Advantage Background Se
District Court Docket No: 1:13-cv-00222-MW-GRJ

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 17-11447

_____

District Court Docket No.
1:13-cv-00222-MW-GRJ

RICHARD ALEXANDER WILLIAMS,

                                                  Plaintiff - Appellee,

versus

FIRST ADVANTAGE LNS SCREENING SOLUTIONS INC,
f.k.a. LexisNexis Screeing Solutions Inc., et al.

                                                  Defendants,

FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION,
a Florida Corporation,

                                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 09, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark

ISSUED AS MANDATE 02/10/2020