UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD ALEXANDER WILLIAMS,

                        Case No.  1:13-cv-00222-MW-GRJ

        Plaintiff,

v.

FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC. f/k/a LEXISNEXIS
SCREENING SOLUTIONS, INC.,

        Defendant.
_____/

**PROPOSED ORDER**

It appearing to the Court that Plaintiff Richard Alexander Williams and Defendant First Advantage Background Services Corp.  (collectively, the "Parties") have reached an agreement to settle and resolve all issues and disputes between themselves related to or arising out of the above-styled action; that, as a result of that settlement, First Advantage has paid Plaintiff and his counsel an undisclosed amount in full satisfaction of Plaintiff's awarded compensatory and punitive damages, attorneys' fees, and expenses; that First Advantage has been released from all judgments, debts, and damages related to or arising out of this litigation; that the Parties have moved for the Court's November 2, 2016 Amended Judgment to be vacated pursuant to Federal Rule of Civil Procedure 60(b)(5); and

that granting the Parties' motion will eliminate any possible subsequent or additional litigation and serve the interests of justice and of judicial economy.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Vacatur and Dismissal of the Action is hereby GRANTED. The Court hereby vacates its November 2, 2016 Amended Judgment, denies Plaintiff's Motion to Determine Entitlement to Attorneys' Fees and Costs as moot, and dismisses Plaintiff's action with prejudice.

**DONE AND ORDERED** this ___ day of February, 2020.

_____
MARK E. WALKER
UNITED STATES DISTRICT JUDGE