IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD ALEXANDER**
**WILLIAMS,**

    *Plaintiff*,

v.                                           **CASE NO.: 1:13cv222-MW/CAS**

**FIRST ADVANTAGE**
**BACKGROUND SERVICES**
**CORPORATION,**

    *Defendant*.

_____/

## ORDER DISMISSING CLAIMS WITH PREJUDICE

This Court has considered, without hearing, the parties' Joint Motion for Vacatur and Dismissal of the Action. ECF No. 246. In that motion, the parties inform this Court they have reached a confidential settlement of the claims in this action as well as Plaintiff's entitlement to an award of attorney's fees and costs. *Id.*; *see* ECF No. 216 (holding Plaintiff is entitled to such an award and reserving ruling as to the amount).

The United States Court of Appeals for the Eleventh Circuit has recently remanded this case to this Court for vacatur of the jury's award of punitive damages

in its prior judgment and entry of a revised judgment reflecting a reduced award. ECF Nos. 244 & 245.  Accordingly,

**IT IS ORDERED:**

1. The joint motion for vacatur and dismissal, ECF No. 246, is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**. This Court's prior amended judgment, ECF No. 196, is **VACATED** and Plaintiff's motion for attorney's fees and costs, ECF No. 197, is **DENIED AS MOOT** to the extent this Court previously reserved ruling thereon.

2. The Clerk shall close the file.

    **SO ORDERED on February 11, 2020.**

                                        **s/Mark E. Walker                       ____**
                                        **Chief United States District Judge**